UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ECLINICALWORKS, LLC**,<br><br>Defendant. | Case No. 6:21-cv-502-ADA |

### NOTICE OF CHANGE IN FACTUAL CIRCUMSTANCES DISCUSSED IN PENDING MOTION FOR INTER-DISTRICT TRANSFER

Defendant eClinicalWorks, LLC ("eCW") files this brief notice to inform the Court of a change in the factual circumstances discussed by the parties' briefing on eCW's pending motion to transfer this case to the District of Massachusetts. (Dkt. No. 15).

eCW filed its motion to transfer this case on August 17, 2021.  (Dkt. No. 15.)  Plaintiff Decapolis Systems, LLC ("Decapolis") then filed its response on December 8, 2021, and eCW filed its reply in support of the motion on December 22, 2021.  (*See* Dkt. No. 19, Dkt. No. 20). Both parties' briefing mentioned that Decapolis had filed multiple cases in this District concerning the same patents— U.S. Patent Nos. 7,464,040 and 7,490,048—and at the time that the parties submitted their briefs, the only cases involving those patents were pending before this Court.  That has since changed.

On February 2, 2022, a declaratory judgment action involving these same patents was filed in the Southern District of Florida, and that action is now pending before Judge Middlebrooks.  For the Court's convenience, and to ensure that the Court has the complete set of

facts relating to the cases involving the patents asserted here, eCW respectfully submits a true and correct copy of the Complaint from that action as Exhibit A hereto.

| | |
|---|---|
| DATED:  February 11, 2022 | */s/ Timothy Cleveland*<br>Timothy Cleveland |
| Douglas R. Nemec (*pro hac vice*)<br>Edward L. Tulin (*pro hac vice*)<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Tel: (212) 735-3000<br>douglas.nemec@skadden.com<br>edward.tulin@skadden.com | CLEVELAND KRIST PLLC<br><br>Timothy Cleveland<br>State Bar No. 24055318<br>Austin H. Krist<br>State Bar No. 24106170<br>303 Camp Craft Road, Suite 325<br>Austin, Texas 78746<br>(512) 689-8698<br>tcleveland@clevelandkrist.com<br>akrist@clevelandkrist.com<br><br>*Attorneys for eClinicalWorks, LLC* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically served on any counsel of record in the above-captioned cause through the Court's ECF filing system on February 11, 2022.

*/s/ Austin H. Krist*
Austin H. Krist